## The People of the State of Illinois ex rel. Medora Roberts, Defendant in Error, v. Percy Baker, Plaintiff in Error.

### Gen. No. 17,259.

BASTARDY—*appeal.* If a judgment in a bastardy case is not against the weight of the evidence it will be sustained.

Error to the Municipal Court of Chicago; the Hon. JACOB H. HOPKINS, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1911. Affirmed. Opinion filed July 23, 1912.

BEAUREGARD F. MOSELEY, for plaintiff in error.

JOHN E. W. WAYMAN, for defendant in error; ZACH HOFHEIMER, of counsel.

MR. JUSTICE BARNES delivered the opinion of the court.

The only question presented in the record of this case is whether the evidence was sufficient to justify

the finding and judgment of the court that the plaintiff in error is the real father of the bastard child of the relatrix.

After a careful examination of the entire testimony, we are unable to say that such finding was against the weight of the evidence. The judgment will be affirmed.

*Affirmed.*